FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -6 2020

JEFFREY P. COLWELL
CLERK

Chris Michael Fafejta "Wilson"
#135279
Sterling Correctional Facility
P.O. Box 6000
Sterling, Co 80751

To Whom This May Concern,

I have not been in the Mesa County Jail for several months. But I have included with this, as requested, the 6 months prior to filing account balance, stamped & certified by Mesa County Jails Erin Johnson (who is in charge of that area) that she provided me with the week that I mailed my civil forms & I sent these at the same time with the 'Waiver of Filing Fees' form all in the same envelope.

The complaint was then filed officialy a few weeks later once it was recieved/reviewed, while I was still in the county jail.

I have since been moved to prison. I have no way to contact the jail for anything additional, we are locked down due to Covid.

But as previously stated, I have now twice provided the 6 months prior to me mailing the original forms. I hope this is sufficient.

Thank you for your time, patiance & understanding & I hope you & yours are well & in good health through the remainder of this Corona Problem, may it be over soon

Chris Fafejta